424 A.2d 496

**Mary LYNN, Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Oct. 14, 1980.

Decided Jan. 27, 1981.

Donald Driscoll, Peter Mackey, Bloomsburg, Northumberland Co., for appellant.

Linda M. Gunn, Asst. Atty. Gen., Jean Graybill, Harrisburg, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### ORDER

PER CURIAM:

The Order of the Commonwealth Court is affirmed.